**FILED**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AUG 1 4 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**SJ**

**CR 17 . 0448**

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. Shaun W. Bridges | **CASE NUMBER:** CR |
| Is This Case Under Seal? | Yes ☐   No ✓ |
| Total Number of Defendants: | 1 ✓   2-7 ☐   8 or more ☐ |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes ☐   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓   OAK ☐   SJ ☐ |
| Is this a potential high-cost case? | Yes ☐   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes ☐   No ✓ |
| Is this a RICO Act gang case? | Yes ☐   No ✓ |
| Assigned AUSA (Lead Attorney): William Frentzen | Date Submitted: 08/14/2017 |

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM | SAVE PDF