AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 17 0448 |
| Shawn Bridges | ) | |
| Defendant | ) | |

**WAIVER OF AN INDICTMENT**

FILED

AUG 1 5 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/15/17

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Laurel Headley
*Printed name of defendant's attorney*

_____
*Judge's signature*

ELIZABETH D. LAPORTE/   Magistrate Judge
*Judge's printed name and title*