BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (CABN 147374)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    william.frentzen@usdoj.gov

ANNALOU TIROL (CABN 216578)
Acting Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 514-1412
    richard.b.evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-17-0448 |
| v. | ) |
| SHAUN W. BRIDGES, | ) **NOTICE OF APPEARANCE FOR THE UNITED STATES** |
| Defendant. | ) |

    The United States hereby files this Notice of Appearance to advise the Court that Trial Attorney, Richard B. Evans appears for the United States in this case.  Future ECF notices should be sent to Trial Attorney, Richard B. Evans at the email address of richard.b.evans@usdoj.gov.

**NOTICE OF APPEARANCE FOR THE UNITED STATES**
CR-17-0448

1  Date: August 25, 2017

Respectfully submitted,

ANNALOU TIROL
Acting Chief, Public Integrity Section

_____/s/_____
RICHARD B. EVANS
Trial Attorney
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave. NW
Washington, DC 20005
(202) 514-1412
richard.b.evans@usdoj.gov

**NOTICE OF APPEARANCE FOR THE UNITED STATES**
CR-17-0448