Laurel Headley (Cal. Bar 152306)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
headley@achlaw.com
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Counsel for Defendant Shaun Bridges*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHAUN BRIDGES,<br><br>　　　　　Defendant. | No. CR 17-448 RS<br><br>*EX PARTE* APPLICATION FOR COURT ORDERED PHONE CALL IN ORDER TO PERMIT SHAUN BRIDGES' TO PARTICIPATE IN DIVORCE HEARING AND [~~PROPOSED~~] ORDER |

　　　　Defendant Shaun Bridges is in the custody of the Bureau of Prisons and is being housed by the Alameda County Sheriff's Department at the Glenn Dyer Detention Facility. Mr. Bridges is in administrative segregation and does not have regular access to a phone or any access to a phone line that permits calls for more than a few minutes. Mr. Bridges is party to a divorce case pending in the Circuit Court of Howard County in Maryland, and a final hearing in that case is set for October 30, 2017, at which Mr. Bridges must appear. The Howard County court has approved of Mr. Bridges' participation by telephone and provided a call-in number to use on that date. The

hearing is expected to begin at 6:30 a.m. (Pacific Time.) Officials at Glenn Dyer jail have said they can facilitate this phone call, if ordered to do so, by giving Mr. Bridges access to a phone line at 6:30 a.m. (Pacific), if they are given the phone number for the Howard County courtroom.

      Mr. Bridges therefore requests the Court order the staff at the Alameda County Sheriff's Department, Glenn Dyer Detention Facility to facilitate Mr. Bridges' participation in his divorce hearing in the Circuit Court for Howard County, Maryland by giving him access to a telephone line on October 30, 2017 at 6:30 AM (Pacific.)

DATED: October 19, 2017      Respectfully submitted,

                              _____/s/_____
                              LAUREL HEADLEY
                              Attorney for Defendant SHAUN BRIDGES

## [PROPOSED] ORDER

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Alameda County Sheriff's Department, Glenn Dyer Detention Facility shall permit defendant Shaun Bridges (PFN No. UMA724) to participate by telephone in his divorce hearing in the Circuit Court of Howard County, Maryland on October 30, 2017 at 6:30 AM (Pacific) by placing a call to that courtroom at 410-313-4867, or permitting an in-coming call from that courthouse to Mr. Bridges, provided that following this order does not unreasonably interfere with the operation of the jail.

DATED: October 20, 2017      _____
                                      THE HONORABLE RICHARD SEEBORG
                                      UNITED STATES DISTRICT COURT JUDGE