**EXHIBIT A**

District Judge Richard Seeborg
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102
Criminal Case CR-17-448RS

Your Honor,                                                          October 25, 2017

I am writing on behalf of my son, Shaun Bridges, who comes before you for sentencing on November 7, 2017. My name is Deborah ▮▮▮▮▮ and I served 20 years in the Air Force and have been a teacher in ▮▮▮ for 20 years. I live in ▮▮▮, ▮▮▮ and have since 1992, while I was still working at the Pentagon.

As a child, Shaun was always considerate and loving, and always worked hard and did his best at everything he did. He never got into trouble at school and excelled in every class, even though he was diagnosed as ADHD in 2nd grade in Germany. We were a military family, so when Shaun was growing up we moved a lot and he typically was stuck hanging with mostly adults, since our friends typically had younger children close to my daughter's age, which is 6 years younger. After high school he went straight to college to obtain his bachelors then his masters. He always had a goal and reached the goal. His dedication to his job, school, and family were admirable. If we ever needed help or assistance he was always there for anyone in the family who needed help. He achieved his 2nd degree black belt a few years ago, which was a very proud moment for all of us. He also taught children karate which was a passion which he deeply loved.

Shaun always was career and goal minded, excelling in every job he took on and knew what he wanted to be from the time he was 15 and never stopped reaching for that goal. The proudest day in my life was when he was acknowledged by the Maryland State Police, at graduation, earning a majority of the awards. Then he taught classes along with his regular job. Shaun had always been a person of good moral character, and as a State Trooper followed the letter of the law, working extremely long hours and still appearing for in court for any ticket he had written whether it was his day off or not. The second proudest moment of my life was when Shaun was accepted into the Secret Service, where he was one of the select few. He was also very proud of these two events in his life.

Shaun lived with me until he was 23 years old and married his first wife. His job at the Maryland State Police took its toll on their relationship and she felt she was not able to handle the long shifts and his hours. He threw himself into teaching karate, which had always been his passion, and met his second wife at karate school. He truly believed she was his soul mate. He was devoted to her and would do anything for her. She left him after he went to prison, and he was devastated. Now they are in the middle of a divorce, but because he is in prison, it's hard for him to defend himself in that case.

The family is aware of the charges in his first case and this one, which took place during his employment at the Secret Service. As former military and government employees, Shaun's father and I raised Shaun to be respectful of the law and feel very sad and

disappointed by what he did. We've known Shaun all his life and the period when Shaun ran afoul of the law will always stand out as the first and only period in his life that he did anything wrong.

During these past two years while he was incarcerated, I have been in constant communication with Shaun. We talk several times a week. I was able to visit him often in jail at Baltimore, Maryland, but when he was moved to the prison in Terre Haute, Indiana, visiting was made too difficult. It breaks our hearts to read his letters and talk to him on the phone. He has expressed his deep regret and remorse for his actions. He feels guilty for what he has put the entire family through these past two years. He had such a bright future and one that he no longer will have. He has lost credibility in the public eye, which was so important to him. His mistakes have cost him dearly. He knows his future is uncertain and he expresses concerns about what kind of life he will have as a convicted felon. He has lost his job, his soul mate (wife), his home, his livelihood, and being close to his family. In the past 2 years, he has stated several times, if only I could turn back the clock and make better choices than I did.

We truly believe that Shaun has already suffered extensively, both professionally, personally, and emotionally for his actions. I am humbly asking you to give my only son an opportunity to have a second chance to get his life back on track and have a future. The family is in hopes that he will eventually be reassigned to a camp where his many talents could be used to help others by possibly teaching courses or learning a new trade himself.

We recognize the power you yield with regard to the future of this gentleman, who is my son, and know you will make a fair decision.

Thank you for considering my letter in your decision at sentencing.

Deborah ▮▮▮▮▮      USAF (Retired Veteran)
County Reading Teacher, ▮▮▮▮▮ County Public Schools