**EXHIBIT B**

District Judge Richard Seeborg
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102
Criminal Case CR-17-448RS

Your Honor,                                                                 October 25, 2017

My name is David ▮▮▮ and I served 29 years active duty in the USAF. I live in ▮▮▮▮. Thank you for allowing us to provide you with this character reference letter. I am corresponding in regards to Shaun Bridges, who is appearing before your court on 7 November 2017 ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ in relation to charges at hand.

Shaun is my only Son. He is a person of good moral character with a good heart and a decent person at the core. I know him to be a loving and caring little fellow back when he would visit me between the late 1980's – 2000 at my various assignments, wherever that may have been. As he became a young adult he was always industrious, hardworking, and committed to every task he took on and with pride.

During these past two years while he was incarcerated at Terre Haute, Indiana, I did get the opportunity to visit him on two separate occasions and have spoken to him by phone several times during his stay in California. We spoke about religious values, paths to redemption and have discussed the several spiritual books that I sent him while he had been locked up. In my opinion, Shaun is incredibly remorseful of his actions that he pled guilty to.

We truly believe that Shaun has already suffered extensively, both professionally and personally, for his actions. He has lost credibility in the public eye, and we believe he is truly despondent regarding what he has put others through, including his family. I served in South-East Asia during the early 70's but what we're going through now is much worse by far and that's an understatement.

I am humbly asking you to give him an opportunity to have a second chance to get his life back on track and have a future. I truly believe the sentence you have already given him has made an impact on him. Shaun is my only Son and I hope you will be merciful at sentencing.

Thank you very much for your time and cooperation.

*[signature]*

David ▮▮▮   USAF & (Retired Veteran)