UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 17-0448 RS |
| Plaintiff, | ) **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) |
| SHAUN W. BRIDGES, | ) |
| Defendant. | ) |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's plea agreement entered on August 15, 2017, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. 1,037.0670306 bitcoin seized on December 8, 2016, from the following bitcoin wallets:

  i. 1Q1vZck4AqV5xJLxh8n9uUvVLteRzTyzmf

  ii. 1P3ETyRmDUnr1qyxqzu3mUbvsvMx65GJFW

  iii. 1PWuF67kvf7BEgmW9d7fZWRgANvw9FskkR

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 17-0448 RS                                                    1

|   |   |      |                                                    |
|---|---|------|----------------------------------------------------|
| 1 |   | iv.  | 18zpM6oCEjPgntN2tpYu7LmrPfTX4cdUUG                 |
| 2 |   | v.   | 1NWhnnjWLzRDq1NXxum7TkPa4UrtvhN6JU                 |
| 3 |   | vi.  | 15Bc9Xj3GrVGAPjYTq3G5G4CVGyHJwde1i                 |
| 4 |   | vii. | 1AJKHg4nWXJzsEmi5Z7ZWHhXJrjzjosiDP                 |
| 5 |   | viii.| 1NMUCEyVYnUVxkwavVJRcBFY6wD4MXNAg4                 |
| 6 |   | ix.  | 1H45HStWnDgBY6gaUzsNrrNnUdnVPahxUj                 |
| 7 |   | x.   | 19hncbBs19X5gTq5FkLH6TrhkkyZ5QDBfh                 |

    b.    384.5582652 bitcoin seized pursuant to a seizure warrant,

    c.    $3,569.28 in fiat currency seized from Bitfinex account, and

    d.    approximately 40 bitcoin seized while an agent with USSS

pursuant to 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 982(a)(1); 28 U.S.C. § 2461(c) and/or the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and 21 U.S.C. § 853.

    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel within (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

    IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

    IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

//

//

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 17-0448 RS                      2

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this _____ day of _____ 2017.

HON. RICHARD SEEBORG
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 17-0448 RS                                        3