UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** November 7, 2017   **Time:** 45 minutes   **Judge:** RICHARD SEEBORG

**Case No.:** 17-cr-00448-RS-1   **Case Name:** USA v. Shaun W. Bridges

**Attorney for Government:** Will Frentzen, Richard Evans
**Attorney for Defendant:** Laurel Headley
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status**: [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Corinne Lew   **Court Reporter:** Lydia Zinn
**Interpreter:** n/a   **Probation Officer:** Lenene Williams

### PROCEEDINGS

Sentencing Hearing Held.

### SUMMARY

The court sentenced the defendant to the custody of the Bureau of Prisons for a period of 24 months to be served consecutively to the sentence imposed in Docket Number CR 15-00319 RS. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The court did not impose a fine.