BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAUN W. BRIDGES,<br><br>    Defendant. | CASE NO. CR 17-0448 RS<br><br>DECLARATION OF PUBLICATION |

    In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 17, 2017 and ending on December 16, 2017. (See, Attachment 1).

    I declare under penalty of perjury that the forgoing is true and correct.

    Executed on December 20, 2017, at San Francisco, California.

                                                      CAROLYN JUSAY
                                                      FSA Paralegal
                                                      Asset Forfeiture Unit

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# COURT CASE NUMBER: CR 17-0448 RS; NOTICE OF FORFEITURE

Notice is hereby given that on November 06, 2017, in the case of <u>U.S. v. Shaun W. Bridges</u>, Court Case Number CR 17-0448 RS, the United States District Court for the Northern District of California entered an Order condemning and forfeiting the following property to the United States of America:

1,037.0670306 Bitcoin seized on 12/08/16 (17-IRS-000624) which was seized from Shaun Bridges on December 08, 2016 at Bitfinex wallet, located in Terre Haute, IN

384.5582652 bitcoin seized 12/08/2016 (17-IRS-000625) which was seized from Shaun Bridges on December 08, 2016 at Bitfinex wallet, located in Terre Haute, IN

$3,569.28 in US Currency seized from Bitfinex Account on 12/08/16 (17-IRS-000626) which was seized from Shaun Bridges on December 08, 2016 at Bitfinex wallet, located in Terre Haute, IN

Approximately 40 Bitcoin seized while the defendant, Shaun Bridges was an agent with United States Secret Service (17-IRS-000627) which was seized from Shaun Bridges on December 08, 2016 at Bitfinex wallet, located in Terre Haute, IN

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (November 17, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, and a copy served upon Assistant United States Attorney David Countryman, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 17, 2017 and December 16, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Shaun W. Bridges

**Court Case No:** CR 17-0448 RS
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/17/2017 | 24.0 | Verified |
| 2 | 11/18/2017 | 24.0 | Verified |
| 3 | 11/19/2017 | 24.0 | Verified |
| 4 | 11/20/2017 | 24.0 | Verified |
| 5 | 11/21/2017 | 24.0 | Verified |
| 6 | 11/22/2017 | 24.0 | Verified |
| 7 | 11/23/2017 | 24.0 | Verified |
| 8 | 11/24/2017 | 24.0 | Verified |
| 9 | 11/25/2017 | 24.0 | Verified |
| 10 | 11/26/2017 | 24.0 | Verified |
| 11 | 11/27/2017 | 24.0 | Verified |
| 12 | 11/28/2017 | 24.0 | Verified |
| 13 | 11/29/2017 | 24.0 | Verified |
| 14 | 11/30/2017 | 24.0 | Verified |
| 15 | 12/01/2017 | 24.0 | Verified |
| 16 | 12/02/2017 | 24.0 | Verified |
| 17 | 12/03/2017 | 24.0 | Verified |
| 18 | 12/04/2017 | 24.0 | Verified |
| 19 | 12/05/2017 | 24.0 | Verified |
| 20 | 12/06/2017 | 24.0 | Verified |
| 21 | 12/07/2017 | 24.0 | Verified |
| 22 | 12/08/2017 | 24.0 | Verified |
| 23 | 12/09/2017 | 24.0 | Verified |
| 24 | 12/10/2017 | 24.0 | Verified |
| 25 | 12/11/2017 | 24.0 | Verified |
| 26 | 12/12/2017 | 24.0 | Verified |
| 27 | 12/13/2017 | 24.0 | Verified |
| 28 | 12/14/2017 | 24.0 | Verified |
| 29 | 12/15/2017 | 24.0 | Verified |
| 30 | 12/16/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.