ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102-3495
>Telephone: (415) 436-7303
>FAX: (415) 436-7234
>Email: david.countryman@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 17-0448 RS |
|---|---|
| Plaintiff, | APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE |
| v. | |
| SHAUN W. BRIDGES, | |
| Defendant. | |

On November 6, 2017, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a.    1,037.0670306 bitcoin seized on December 8, 2016, from the following bitcoin wallets:

        i.    1Q1vZck4AqV5xJLxh8n9uUvVLteRzTyzmf

        ii.    1P3ETyRmDUnr1qyxqzu3mUbvsvMx65GJFW

        iii.    1PWuF67kvf7BEgmW9d7fZWRgANvw9FskkR

        iv.    18zpM6oCEjPgntN2tpYu7LmrPfTX4cdUUG

        v.    1NWhnnjWLzRDq1NXxum7TkPa4UrtvhN6JU

        vi.    15Bc9Xj3GrVGAPjYTq3G5G4CVGyHJwde1i

        vii.    1AJKHg4nWXJzsEmi5Z7ZWHhXJrjzjosiDP

|   |      | viii. | 1NMUCEyVYnUVxkwavVJRcBFY6wD4MXNAg4 |
|---|------|-------|-------------------------------------|
|   |      | ix.   | 1H45HStWnDgBY6gaUzsNrrNnUdnVPahxUj  |
|   |      | x.    | 19hncbBs19X5gTq5FkLH6TrhkkyZ5QDBfh  |
|   | b.   | 384.5582652 bitcoin seized pursuant to a seizure warrant, | |
|   | c.   | $3,569.28 in fiat currency seized from Bitfinex account, and | |
|   | d.   | approximately 40 bitcoin seized while an agent with USSS. | |

pursuant to 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 982(a)(1); 28 U.S.C. § 2461(c) and/or the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and 21 U.S.C. § 853.

The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. Beginning on November 17, 2017, the United States published notice of the forfeiture action on www.forfeiture.gov, a government website for at least thirty days, notice of this Order and notice of the government's intent to dispose of the property in accordance with the law. The notice also advised potential third parties of their right to petition the Court within (30) days for a hearing to adjudicate the validity of their legal interest in the property.

The United States represents that no petitions have been filed.

Therefore, the United States respectfully requests that the Court enter the proposed Final Order of Forfeiture, directing that the property described above be forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 982(a)(1); 28 U.S.C. § 2461(c) and/or the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and 21 U.S.C. § 853.

Respectfully submitted,

Dated: 1/18/18

ALEX G. TSE
Acting United States Attorney

DAVID B. COUNTRYMAN
Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the following documents:

- **APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE; and**

- **[PROPOSED] FINAL ORDER OF FORFEITURE**

to be served this date via United States First Class Mail Delivery upon the person(s) below:

| | |
|---|---|
| Laurel Headley, Esq<br>Arguedas, Cassman & Headley LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of January, 2018, at San Francisco, California.

_____
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit