UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 17-0448 RS |
| Plaintiff, ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. ) | |
| SHAUN W. BRIDGES, ) | |
| Defendant. ) | |

On November 6, 2017, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a.    1,037.0670306 bitcoin seized on December 8, 2016, from the following bitcoin wallets:

        i.    1Q1vZck4AqV5xJLxh8n9uUvVLteRzTyzmf

        ii.    1P3ETyRmDUnr1qyxqzu3mUbvsvMx65GJFW

        iii.    1PWuF67kvf7BEgmW9d7fZWRgANvw9FskkR

        iv.    18zpM6oCEjPgntN2tpYu7LmrPfTX4cdUUG

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 17-0448 RS        1

|   |   |       |                                                    |
|---|---|-------|----------------------------------------------------|
|   |   | v.    | 1NWhnnjWLzRDq1NXxum7TkPa4UrtvhN6JU                 |
|   |   | vi.   | 15Bc9Xj3GrVGAPjYTq3G5G4CVGyHJwde1i                 |
|   |   | vii.  | 1AJKHg4nWXJzsEmi5Z7ZWHhXJrjzjosiDP                 |
|   |   | viii. | 1NMUCEyVYnUVxkwavVJRcBFY6wD4MXNAg4                 |
|   |   | ix.   | 1H45HStWnDgBY6gaUzsNrrNnUdnVPahxUj                 |
|   |   | x.    | 19hncbBs19X5gTq5FkLH6TrhkkyZ5QDBfh                 |

    b.    384.5582652 bitcoin seized pursuant to a seizure warrant,

    c.    $3,569.28 in fiat currency seized from Bitfinex account, and

    d.    approximately 40 bitcoin seized while an agent with USSS.

pursuant to 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 982(a)(1); 28 U.S.C. § 2461(c) and/or the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and 21 U.S.C. § 853.

    The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

    THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 982(a)(1); 28 U.S.C. § 2461(c) and/or the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and 21 U.S.C. § 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 1/18/18

_____
HON. RICHARD SEEBORG
United States District Judge