09/11/2018 05:34 PM PDT

**U.S. Courts**
**Case Inquiry Report**
**Case Num: DCAN317CR000448;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y**

**Case Number**   DCAN317CR000448    **Case Title**   USA V. BRIDGES

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|--------|-----------|-----------|--------------|-----------|--------------|-----------|-----------------|-------------------|
| 001 | PTY19377 | SHAUN W. BRIDGES | 317-0004481 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 100.00 | 100.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|-----------------|-----------------|--------------|----------------|------------------|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|-----------------------|---------------|-------------------|-----------|--------|------------------|----------|-----------|------|
| Account Number | Debt Type Line# | Debt Type | Payee Line# | Depository Line# | J/S Account Code | | | |
| CT 34611136454 | 09/06/2018 | 09/06/2018 | PR | 100.00 | SHAUN W. BRIDGES | O | 04 | 504100 |
| DCAN317CR000448-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---------------|--------------------|
| CT | Cash Receipt - CCA Automated |

## SPECIAL ASSESSMENT PAID IN FULL

Shaun W Bridges

Defendant:

Amount $  100.00          Date:  9/6/18