# Mark Jenkins

| | |
|---|---|
| **From:** | CAND IntakeSF |
| **Sent:** | Tuesday, April 19, 2022 1:32 PM |
| **To:** | CAND CrimDktSF |
| **Subject:** | FW: Acknowledgement of Receipt of Cases 22-cr-20055 and 22-cr-20056 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** ECFHELPDESK <ECFHELPDESK@cand.uscourts.gov>
**Sent:** Tuesday, April 19, 2022 1:17 PM
**To:** CAND IntakeSF <IntakeSF@cand.uscourts.gov>
**Subject:** Fw: Acknowledgement of Receipt of Cases 22-cr-20055 and 22-cr-20056

fyi

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

**From:** Parker, Dorothy (USATNW) <Dorothy.Parker@usdoj.gov>
**Sent:** Tuesday, April 19, 2022 12:55 PM
**To:** ECFHELPDESK <ECFHELPDESK@cand.uscourts.gov>
**Subject:** Acknowledgement of Receipt of Cases 22-cr-20055 and 22-cr-20056

**CAUTION - EXTERNAL:**

This is to acknowledge receipt of Case transfer from California Northern to Western District of Tennessee of a Transfer of Jurisdiction as to Shaun W. Bridges for cases 22-cr-20055 and 22-cr-20056.

Thank you,



Dorothy Parker
Supervisory Legal Assistant
U.S. Attorney's Office - WDTN
167 N. Main Street, Suite 800

Memphis, Tennessee 38103
Off: (901) 544-4231 / Cell: (901) 356-7347 / Fax: (901) 544-4230

"The only thing necessary for the triumph of evil is for good men to do nothing." **Edmund Burke**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.